UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

| | |
|---|---|
| BILL WALMSLEY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> FEDERAL TRADE COMMISSION, et al., <br><br> Defendants. | Case No. 3:23-cv-81-JM |

### PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION

Plaintiffs respectfully move for a preliminary injunction under Federal Rule of Civil Procedure 65 to enjoin Defendants from implementing and enforcing their rules regulating the horseracing industry promulgated pursuant to the Horseracing Integrity and Safety Act of 2020 (the "Horse Act"). Plaintiffs' Brief in Support of this Motion is filed contemporaneously.

As set forth in the Brief in Support, Plaintiffs' Motion should be granted because the Horse Act violates the private nondelegation doctrine, the public nondelegation doctrine, and the Constitution's Appointments Clause. Additionally, Plaintiffs are likely to succeed on the merits, will suffer irreparable harm absent preliminary relief, the balance of equities tips in Plaintiffs' favor, and it is in the public interest to issue the preliminary injunction.

DATED: April 11, 2023

Respectfully submitted,

|  |  |
|---|---|
| BRETT D. WATSON<br>ABN #2002182<br>BRETT D. WATSON, ATTORNEY AT LAW, PLLC<br>P.O Box 707<br>Searcy, Arkansas 72145<br>Telephone: (501) 281-2468<br>watson@bdwpllc.com | s/ John Kerkhoff<br>JOHN KERKHOFF*<br>Ohio Bar: 0097134<br>3100 Clarendon Blvd.<br>Suite 1000<br>Arlington, Virginia 22201<br>Telephone: (916) 309-6930<br>JKerkhoff@pacificlegal.org<br><br>CALEB KRUCKENBERG*<br>D.C. Bar No. 1617890<br>3100 Clarendon Blvd.<br>Suite 1000<br>Arlington, Virginia 22201<br>Telephone: (202)888-6881<br>CKruckenberg@pacificlegal.org |

*Attorneys for Plaintiffs*
*\*Pro Hac Vice applications forthcoming*

## CERTIFICATE OF SERVICE

I hereby certify that on April 11, 2023, I submitted the foregoing to the Clerk of the Court via the District Court's CM/ECF system. I also certify that courtesy copies of the foregoing have been served via certified mail to the following:

| | |
|---|---|
| Alolpho Birch<br>Horseracing Integrity and Safety Authority<br>1470 Tyne Blvd.<br>Nashville, TN 37215 | Alvaro Bedoya<br>Commissioner, Federal Trade Commission<br>6000 Pennsylvania Avenue, NW<br>Washington D.C. 20580 |
| Bill Thomason<br>Horseracing Integrity and Safety Authority<br>816 Lakeshore Dr.<br>Lexington, KY 40502 | Christine Wilson<br>Commissioner, Federal Trade Commission<br>6000 Pennsylvania Avenue, NW<br>Washington D.C. 20580 |
| Charles Scheeler<br>Horseracing Integrity and Safety Authority<br>704 Stone Barn Ct.<br>Townson, MD 21286 | Federal Trade Commission<br>6000 Pennsylvania Avenue, NW<br>Washington D.C. 20580 |
| DG Van Clief<br>Horseracing Integrity and Safety Authority<br>2260 Rocky Run<br>Charlottesville, VA 22901 | Lina Khan<br>Chair, Federal Trade Commission<br>6000 Pennsylvania Avenue, NW<br>Washington D.C. 20580 |
| Ellen McClain<br>Horseracing Integrity and Safety Authority<br>600 W. 246th St. Apt. 1504<br>New York, NY 10471 | Rebecca Kelly Slaughter<br>Commissioner, Federal Trade Commission<br>6000 Pennsylvania Avenue, NW<br>Washington D.C. 20580 |
| Horseracing Integrity and Safety Authority<br>401 W. Main Street Suite 222<br>Lexington, KY 40507 | Jonathan D. Ross<br>U.S. Attorney for Eastern District of Arkansas<br>P.O. Box 1229<br>Little Rock, AR 72203 |
| Joseph De Francis<br>Horseracing Integrity and Safety Authority<br>10480 Little Patuxent Pkwy<br>Columbia, MD 21044 | Merrick Garland<br>U.S. Attorney General<br>U.S. Department of Justice<br>950 Pennsylvania Avenue NW<br>Washington, DC 20530 |
| Leonard Coleman<br>Horseracing Integrity and Safety Authority<br>2580 S. Ocean Blvd. Apt 1B1<br>Palm Beach, FL 33480 | Steve Beshear<br>Horseracing Integrity and Safety Authority<br>3100 Jones Nursery Rd<br>Lexington, KY 40509 |
| Susan Stover<br>Horseracing Integrity and Safety Authority<br>6310 Putah Creek Ln.<br>Winters, CA 95694 | |

<u>s/ John Kerkhoff</u>
JOHN KERKHOFF*
*Attorney for Plaintiffs*
