IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**BILL WALMSLEY, et al.**                                                                 **PLAINTIFFS**

v.                              Case No. 3:23-cv-00081-JM

**FEDERAL TRADE COMMISSION, et al.**                                          **DEFENDANTS**

### ORDER

This order amends the text order (ECF No. 13) entered today granting the Authority Defendants' motion for an extension of time (ECF No. 12). The time to respond to the preliminary injunction is extended to May 15, 2023 for all of the Authority Defendants, which includes Horseracing Integrity and Safety Authority, Inc., Charles Scheeler, Steve Beshear, Adolpho Birch, Leonard Coleman, Joseph De Francis, Ellen McClain, Susan Stover, Bill Thomason, and D.G. Van Clief .

Also, the time for all the Authority Defendants to respond to Plaintiffs' complaint is extended to June 16, 2023.

IT IS SO ORDERED this 26th day of April, 2023.

_____
UNITED STATES DISTRICT JUDGE