FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
Sep 20, 2024
Tammy H. Downs, Clerk
By: JohnHibbs D.C.
DEP CLERK

UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

_____

No: 23-2687
_____

Bill H. Walmsley; Jon Moss; Iowa Horsemen's Benevolent and Protective Association

Plaintiffs - Appellants

v.

Federal Trade Commission; Lina M. Khan, Chair, Federal Trade Commission; Rebecca Kelly Slaughter, Commissioner, Federal Trade Commission; Melissa Holyoak, Commissioner, Federal Trade Commission; Alvaro Bedoya, Commissioner, Federal Trade Commission; Horseracing Integrity and Safety Authority; Charles Scheeler; Steve Beshear; Adolpho Birch; Leonard Coleman; Joseph De Francis; Ellen McClain; Susan Stover; Bill Thomason; D.G. Van Clief

Defendants - Appellees

------------------------------

Senator Mitch McConnell; Representative Andy Barr; Representative Paul Tonko

Amici on Behalf of Appellee(s)

_____

Appeal from U.S. District Court for the Eastern District of Arkansas - Northern
(3:23-cv-00081-JM)
_____

**JUDGMENT**

Before COLLOTON, Chief Judge, MELLOY, and GRUENDER, Circuit Judges.

This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the order of the district court in this cause is affirmed in accordance with the opinion of this Court.

September 20, 2024

Order Entered in Accordance with Opinion:
Acting Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
      /s/ Maureen W. Gornik