# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
Nov 12, 2024
Tammy H. Downs, Clerk
By: JohnHibbs D.C.
DEP CLERK

No: 23-2687

Bill H. Walmsley, et al.

Appellants

v.

Federal Trade Commission, et al.

Appellees

------------------------------

Senator Mitch McConnell, et al.

Amici on Behalf of Appellee(s)

---

Appeal from U.S. District Court for the Eastern District of Arkansas - Northern
(3:23-cv-00081-JM)

---

**MANDATE**

In accordance with the opinion and judgment of September 20, 2024, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

November 12, 2024

Acting Clerk, U.S. Court of Appeals, Eighth Circuit