UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

| | |
|---|---|
| BILL WALMSLEY, JON MOSS, IOWA HORSEMEN'S BENEVOLENT AND PROTECTIVE ASSOCIATION,<br><br>*Plaintiffs,*<br><br>v.<br><br>FEDERAL TRADE COMMISSION; et al.,<br><br>*Defendants.* | Case No. 3:23-cv-00081-JM<br><br>**PLAINTIFFS' MOTION TO WITHDRAW COUNSEL AUSTIN L. RAYNOR** |

Pursuant to Local Rule 83.5, Austin L. Raynor respectfully moves to withdraw as counsel for Plaintiffs Bill Walmsley, Jon Moss, and the Iowa Horsemen's Benevolent and Protective Association. Mr. Raynor has accepted employment at a different organization, and his last day with Pacific Legal Foundation will be January 15, 2025. Frank D. Garrison, of Pacific Legal Foundation, and Brett Watson will continue to represent Plaintiffs.

DATED: January 13, 2025.

                                                Respectfully submitted,

                                                *s/ Austin L. Raynor*
                                                AUSTIN L. RAYNOR *
                                                D.C. Bar No. 1028994
                                                Pacific Legal Foundation
                                                3100 Clarendon Blvd., Suite 1000
                                                Arlington, Virginia 22201
                                                Telephone: (202) 888-6881
                                                ARaynor@pacificlegal.org
*Admitted Pro Hac Vice                          *Attorney for Plaintiffs*

1

## CERTIFICATE OF SERVICE

    I, the undersigned counsel, certify that on January 13, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send notification to all counsel of record.

*s/ Austin L. Raynor*
AUSTIN L. RAYNOR
