UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

No: 23-2687

Bill H. Walmsley, et al.

Appellants

v.

Federal Trade Commission, et al.

Appellees

------------------------------

Senator Mitch McConnell, et al.

Amici on Behalf of Appellee(s)

---

Appeal from U.S. District Court for the Eastern District of Arkansas - Northern
(3:23-cv-00081-JM)

---

**ORDER**

Pursuant to the order of the U.S. Supreme Court, dated June 30, 2025, and the U.S. Supreme Court's mandate of August 1, 2025 this court's judgment, dated September 20, 2024 is vacated, the mandate is hereby recalled, and the case is reopened.

August 01, 2025

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.

/s/ Susan E. Bindler